Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for Defendant DILLARDS, INC.

**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO GASTELUM, an individual, | Case No. 3:22-cv-01432-LL-LR |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| DILLARDS, INC., | |
| Defendant. | Courtroom: 5D, 5th Fl. |
| | Hon. Linda Lopez |

PLEASE TAKE NOTICE that the parties hereby stipulate that this case be dismissed with prejudice as to all claims and all parties pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: September 1, 2023

By:_____
Philip H. Stillman, Esq.
Attorneys for defendant

FERNANDO GASTELUM

/s/ *Fernando Gastelum*

Dated September 1, 2023

By:_____
Fernando Gastelum

## PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on September 1, 2023 or as soon as possible thereafter, copies of the foregoing Joint Stipulation for Dismissal were served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and via email to Plaintiff's email address listed with this Court.

By: /s/ *Philip H. Stillman*
Attorneys for DEFENDANT